Troy W. WINDHAM, Defendant–
Below, Appellant,

v.

DOCTOR'S ASSOCIATES, INC.,
Plaintiff–Below, Appellee.

No. 556, 2016

Supreme Court of Delaware.

Submitted: May 17, 2017

Decided: May 31, 2017

AFFIRMED.

Nabil ABDALLAH, Plaintiff
Below, Appellant,

v.

Joseph RAGO and New Castle County,
Defendants Below, Appellees.

No. 560, 2016

Supreme Court of Delaware.

Submitted: April 7, 2017

Decided: May 31, 2017

AFFIRMED.